| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> **NORTHERN DISTRICT OF GEORGIA** | |
| Case number *(if known)* _____  Chapter 15 | ☐ Check if this an amended filing |

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | **Kiener Maschinenbau GmbH** |
| 2. | Debtor's unique identifier | **For non-individual debtors:** <br> ☐ Federal Employer Identification Number ____ <br> ☑ Other **HRB 510071**. Describe identifier **Ulm Comm. Register No.** <br> **For individual debtors** <br> ☐ Social Security Number: ____ <br> ☐ Individual Taxpayer Identification Number (ITIN): ____ <br> ☐ Other ____. Describe identifier ____. |
| 3. | Name of foreign representative(s) | **Patrick Wahren** |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | German Insolvency Proceeding (Insolvenzverfahren), Local Court (Amtsgericht) Aalen, Germany, Case No. 3 IN 219/23 |
| 5. | Nature of the foreign proceeding | *Check one:* <br> ☑ Foreign main proceeding <br> ☐ Foreign nonmain proceeding <br> ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached. <br> ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached. <br> ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. <br> _____ |
| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending). <br> ☑ Yes |

Official Form 401                Chapter 15 Petition for Recognition of a Foreign Proceeding                page 1

| | | |
|---|---|---|
| **8.** | **Others entitled to notice** | Attach a list containing the names and addresses of: |

    (i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

    (ii)   all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

    (iii)   all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9.**   **Addresses**

**Country where the debtor has the center of its main interests:**

Germany

**Debtor's registered office:**

Anton-Grimmer Str. 2, Lauchheim 73466
<sub>P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code</sub>

Germany
<sub>Country</sub>

**Individual debtor's habitual residence:**

<sub>P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code</sub>

<sub>Country</sub>

**Address of foreign representative(s):**

Bahnhofstrasse 41, Neu-Ulm 89231
<sub>P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code</sub>

Germany
<sub>Country</sub>

---

**10.**   **Debtor's website** (URL)     www.kiener-maschinenbau.de

---

**11.**   **Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☐ Individual

| | | |
|---|---|---|
| 12. | **Why is the venue proper in *this district*?** | *Check one:* |
| | | ☑ Debtor's principal place of business or principal assets in the United States are in this district. |
| | | ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district. _____ |
| | | ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____ |

**13. Signature of foreign representative(s)**

I request relief in accordance with the chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X **/s/ Patrick Wahren**                                  **Patrick Wahren**
Signature of foreign representative                        Printed name

Executed on   **June  21 , 2024**
                    MM / DD / YYYY

X _____                              _____
Signature of foreign representative                        Printed name

Executed on   _____
                    MM / DD / YYYY

**14. Signature of attorney**

X **/s/ Cameron M. McCord**                            Date **June  21, 2024**
Signature of Attorney for foreign representative              MM / DD / YYYY

**Cameron M. McCord 143065**
Printed name

**Jones & Walden LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

**404-564-9300**                                             **info@joneswalden.com**
Contact phone                                                Email address

**143065 GA**
Bar number and State

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Kiener Maschinenbau GmbH**  
Debtor(s)

Case No. _____  
Chapter  **15**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Kiener Maschinenbau GmbH** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 21, 2024**  
Date

**/s/ Cameron M. McCord**  
**Cameron M. McCord 143065**  
Signature of Attorney or Litigant  
Counsel for  **Kiener Maschinenbau GmbH**  
Jones & Walden LLC  
699 Piedmont Avenue NE  
Atlanta, GA 30308  
404-564-9300 Fax:404-564-9301  
info@joneswalden.com