**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| In re: | Chapter 15 |
|---|---|
| Kiener Maschinenbau GmbH | Case No. 24-56470 |
| **Debtor in a Foreign Proceeding.** | |

**LIST FILED PURSUANT TO BANKRUPTCY RULE 1007(a)(4)**

COMES NOW, Patrick Wahren in his capacity as the German court-appointed and authorized foreign representative for the administration of the insolvency estate of Kiener Maschinenbau GmbH (the "Foreign Representative") for the above-captioned debtor ("Debtor") which is the subject of an insolvency proceeding commenced before the Local Court (*Amtsgericht*) – Insolvency Court (*Insolvenzgericht*) – of Aalen, Federal Republic of Germany (the "German Court") under case number 3 IN 219/23 (the "Kiener Insolvency Proceeding"), and hereby file this list pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure and states as follows:

1. **Parties Authorized to Administer Foreign Proceedings of the Debtors:**

In addition to the Foreign Representative, there are no other Parties duly authorized as the foreign representative for the Debtor in the Kiener Insolvency Proceeding.

The Foreign Representative believes that, other than the Kiener Insolvency Proceeding, there are no other currently pending proceedings against the Debtors outside of the United States. The Foreign Representative can be located at the following address Bahnhofstrasse 41, 89231 Neu-Ulm, Germany.

2. **Litigation Parties in the United States:**

The Foreign Representative believes that other than this Chapter 15 case, the following is the only currently pending proceeding against the Debtor within the United States:

| **Plaintiff** | **Debtor Defendants** | **Date Initiated** | **Jurisdiction** | **Court File Number** |
|---|---|---|---|---|

| Phyllis Ann Bass, individually, and as Executor of the Estate of Roy Glenn Bass, deceased | LACOM GMBH and KIENER MASCHINENBAU | 1/11/2021 | U.S. District Court Northern District of Georgia (Atlanta Division) | 1:21-cv-00144-VMC |

3. **Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519:**

A list of entities against whom provisional relief is sought is attached hereto as **Exhibit A**. The Foreign Representative seeks provisional relief against plaintiffs and other parties in the aforesaid civil actions.

Dated: June 21, 2024.

                                            **JONES & WALDEN LLC**

                                            */s/ Cameron M. McCord*
                                            Cameron M. McCord
                                            Georgia Bar No. 143065
                                            Adam E. Ekbom
                                            Georgia Bar No. 919724
                                            Attorneys for Debtor
                                            699 Piedmont Ave NE
                                            Atlanta, Georgia 30308
                                            (678) 701-9235
                                            cmccord@joneswalden.com
                                            aekbom@joneswalden.com
                                            *Counsel for Debtor and Foreign Representatives*

**Exhibit A**

**Entities Against Whom Provisional Relief is Sought**

A. **Phyllis Ann Bass, individually, and as Executor of the Estate of Roy Glenn Bass:**

| | |
|---|---|
| James Sadd, Esq. | Michael Keller, Esq. |
| Slappey & Sadd, LLC | Slappey & Sadd, LLC |
| 352 Sandy Springs Circle | 352 Sandy Springs Circle |
| Atlanta, GA 30328 | Atlanta, GA 30328 |
| *Counsel for Phyllis Ann Bass* | *Counsel for Phyllis Ann Bass* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| In re: | Chapter 15 |
|---|---|
| Kiener Maschinenbau GmbH | Case No. 24-56470 |
| **Debtor in a Foreign Proceeding.** | |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing *List Filed Pursuant to Bankruptcy Rule 1007(a)(4)* has been prepared in Times New Roman, 14-point font, in conformance with Local Rule 5.1C.

This 21st day of June, 2024.

**JONES & WALDEN LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
Adam E. Ekbom
Georgia Bar No. 919724
Attorneys for Debtor
699 Piedmont Ave NE
Atlanta, Georgia 30308
(678) 701-9235
cmccord@joneswalden.com
aekbom@joneswalden.com

*Counsel for Debtor and Foreign Representative*