**IT IS ORDERED as set forth below:**

**Date: June 28, 2024**

                                **Jeffery W. Cavender**
                              **U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-56470-JWC |
| KIENER MASCHINENBAU GmbH, | CHAPTER 15 |
| Debtor. | |

## ORDER

Before the Court is the Motion of Foreign Representative for an Order Granting Certain Provisional Relief (Doc. No. 6) (the "Motion") filed by Patrick Wahren, in his capacity as the court-appointed insolvency administrator over the assets of and duly authorized foreign representative (the "Foreign Representative") for Kiener Maschinenbau GmbH ("Debtor"). Phyllis Ann Bass, Individually and as Executor of the Estate of Roy Glenn Bass, deceased (the "District Court Plaintiffs"), filed an objection to the Motion. The Court held a hearing on the Motion on June 27, 2024, and read its oral ruling into the record at a hearing on June 28, 2024 (the

"Hearings"). Counsel for the Debtor and Foreign Representative, counsel for the District Court Plaintiffs, and counsel for other parties in interest appeared and made argument at the Hearings. For the reasons stated on the record at the Hearings,

**IT IS ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**. The automatic stay under 11 U.S.C. § 362(a), the tolling provisions of 11 U.S.C. § 108, and the German Commencement Order (as defined in the Motion), are hereby imposed, applied, recognized, and enforced, as the case may be, for the limited purpose of tolling or extending through and including July 30, 2024, the Debtor's and Foreign Representative's time to respond to the so-called Holt Demand made by the District Court Plaintiffs. All other relief requested in the Motion is **DENIED**.

The Clerk's Office is directed to serve a copy of this Order upon counsel for the Debtor and Foreign Representative, counsel for the District Court Plaintiffs, the United States Trustee, and any counsel that has filed a notice of appearance in this case.

**END OF DOCUMENT**