IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**KIENER MASCHINENBAU GMBH,**<br><br>Debtor in a Foreign Proceeding. | CHAPTER 15<br><br>CASE NO. 24-56470-JWC |
| **KIENER MASCHINENBAU GMBH,**<br><br>Appellant,<br><br>**PHYLISS ANN BASS, Individually, and as Executor of the ESTATE OF ROY GLENN BASS (DECEASED).**<br><br>Appellees. | CASE NO. 1:24-cv-04462-TWT<br>APPEAL to the District Court for the Northern District of Georgia |

**APPELLANT'S DESIGNATION OF RECORD ON APPEAL
AND STATEMENT OF ISSUES TO BE PRESENTED**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1)(A), Patrick Wahren, in his capacity as the German court-appointed and authorized foreign representative for Kiener Maschinenbau GmbH (the "Appellant") respectfully submits this designation of items to be included in the record and statement of issues to be presented on appeal from the decision of the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court"). *See* Notification of Appeal Requirements (Doc. No. 40).

    **I.    Designation of Items to Be Included in Record on Appeal**

Appellant hereby designates the following items to be included in the record on appeal:

| | Docket No. | Docket Entry | Date |
|---|---|---|---|
| 1) | 1 | Chapter 15 Petition for Recognition of Foreign Proceeding. | 6/21/2024 |
| 2) | 2 | List Filed Pursuant to Bankruptcy Rule 1007(a)(4) | 6/21/2024 |
| 3) | 3 | Notice of Filing of (I) Order Appointing Permanente Administrator, (II) Declaration of Patrick Wahren in Support of the Debtor's Chapter 15 Petition and First-Day Pleadings in Foreign Proceeding, and (III) Declaration of Foreign Expert | 6/21/20024 |
| 4) | 4 | Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief under Chapter 15 of the Bankruptcy Code | 6/21/2024 |
| 5) | 5 | Motion of Foreign Representative for Order (I) Scheduling Hearing on Verified Petition under Chapter 15 of the Bankruptcy Code for Recognition of a Foreign Main Proceeding and for Additional Relief and Assistance Under 11 U.S.C. §§ 105(a), 1507, and 1521, and to Specify Form and Manner of Service of Notice of hearing | 6/21/2024 |
| 6) | 6 | Motion of Foreign Representative for Order Granting Certain Provisional Relief | 6/21/2024 |
| 7) | 12 | Phyllis Ann Bass, Individually, and as Executor of the Estate of Roy Glenn Bass (Deceased), Objection to the Provisional Relief Sought and Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362 | 6/26/2024 |
| 8) | 15 | Order Granting in Part and Denying in Part Motion of Foreign Representative for an Order Granting Certain Provisional Relief | 6/28/2024 |
| 9) | 23 | Supplemental Brief of Phyllis Ann Bass, Individually, and as Executor of the Estate of Roy Glenn Bass (Deceased), Objection to the Recognition of the Foreign Proceeding and Relief Sought and, Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362 | 7/24/2024 |
| 10) | 24 | Brief in Support for (I) Recognition of Foreign Main Proceeding pursuant to 11 U.S.C. §§ 1515 and 1517 and (II) Relief pursuant to 11 U.S.C. § 1520 | 7/24/2024 |
| 11) | 25 | Brief in Opposition to Phyllis Ann Bass, Individually, and as Executor of the Estate of Roy Glenn Bass (Deceased) Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362 | 7/24/2024 |
| 12) | 26 | Witness List of Foreign Representative for August 5, 2024 Hearing | 7/29/2024 |
| 13) | 27 | Witness List of Phyllis Ann Bass, Individually, and as Executor of the Estate of Roy Glenn Bass (Deceased) | 7/29/2024 |
| 14) | 29 | Exhibit List of Phyllis Ann Bass, Individually, and s Executory of the Estate of Roy Glenn Bass (Deceased) for Hearing Scheduled August 5, 2024 at 10:00 AM | 7/31/2024 |
| 15) | 30 | Reply to Supplemental Brief of Phyllis Ann Bass, Individually, and as Executor of the Estate of Roy Glenn Bass (Deceased), Objection to Rejection of the Foreign Proceeding and Relief Sought and, Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362 | 7/31/2024 |

| | | | |
|---|---|---|---|
| 16) | 31 | Response Brief of Phyllis Ann Bass, Individually, and as Executor of the Estate of Roy Glenn Bass (Deceased), In Opposition to the Motion for Recognition of the Foreign Proceeding and Relief Sought and, in Support of Her Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 632 | 7/31/2024 |
| 17) | 32 | Exhibit List of Foreign Representative for August 5, 2024 Hearing | 8/1/2024 |
| 18) | 37 | Memorandum Opinion and Order | 9/17/2024 |
| 19) | 39 | Notice of Appeal to U.S. District Court for the Northern District of Georgia | 9/30/2024 |

In addition to the designated items above, counsel for the Appellant submitted a Request for Transmittal of Transcript for the August 5, 2024 evidentiary hearing (the "Transcript Request") with a court approved transcriber on October 9, 2024 in compliance with Fed. R. Bankr. P. 8009(b)(1)(A). A true and correct copy of the Transcript Request is attached hereto and incorporated herein as **Exhibit "A"**.

II.     **Statement of Issues to Be Presented**

Appellant hereby submits this statement of issues to be presented on appeal:

1. Whether the Bankruptcy Court erred in its order by granting the Bass Plaintiffs relief from the automatic stay under 11 U.S.C. § 362(a) "to allow the District Court Litigation to continue to conclusion, including all appeals, and Mrs. Bass may pursue collection efforts on any judgment obtained in the District Court Litigation solely to obtain recovery against any insurance policy of the Debtors that cover Mrs. Bass's claims."

2. Whether the Bankruptcy Court erred in its order by asserting jurisdiction "with respect to the debtor and the property of the debtor that is [outside] the territorial jurisdiction of the United States" under 11 U.S.C. § 1520(a)(1) when the Court (i) allowed the District Court Litigation to continue against the Debtor instead of requiring the Bass Plaintiffs to pursue their claims in Germany by initiating a declaratory judgment action against the insolvency administrator, (ii) asserted jurisdiction over an asset of the German insolvency estate by authorizing collection against the Debtor's German insurance policy, and (iii) retaining jurisdiction to allow "Mrs.

Bass [to seek a further order of the Court to] pursue recovery against the German insolvency estates. . . ."

3. Whether the Bankruptcy Court failed to take into account that, as a result of the insolvency proceeding, the Debtor is unable, under German law, to compel its witnesses (former employees) from appearing or participating in the District Court Litigation thereby preventing the Debtor from defending itself in this case of disputed liability.

4. Whether the Bankruptcy Court's refusal to direct the Bass Plaintiffs to pursue their claims in Germany by initiating a declaratory judgment action undermines the purpose of Chapter 15 and cross-border insolvency and the Debtor thereunder.

Respectfully submitted this 15th day of October, 2024.

**JONES & WALDEN LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
Adam E. Ekbom
Georgia Bar No. 919724
699 Piedmont Ave NE
Atlanta, Georgia 30308
Telephone: (404) 564-9300
Facsimile: (404) 564-9301
cmccord@joneswalden.com
aekbom@joneswalden.com
*Counsel for Debtor and*
*Foreign Representative*

4

**Exhibit "A"**

# U. S. BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# REQUEST FOR TRANSMITTAL OF TRANSCRIPT

(Please use one form for each separate matter.)

I wish to obtain a transcript of the following:

| | |
|---|---|
| Date of Hearing or Trial: | 8/5/2024 |
| Time of Hearing or Trial: | 10:00 AM |
| Debtor(s) Name: | Kiener Maschinenbau GmbH and LACOM GmbH |
| Case Number: | 24-56470-JWC and 24-56473-JWC |
| Adversary Proc. No.: | N/A |
| Judge: | Jeffery W. Cavender |
| Title of Hearing or Trial: | Evidentiary Hearing |

Request Type:   ☐ Audio Transcript
Fee: $34.00 per CD due at time of receipt.

☑ Written Transcript
Fee & Delivery:
☐ **Ordinary** (30 day, $4.00 per page)
☑ **14-Day** (14 day, $4.70 per page)
☐ **Expedited** (07 day, $5.35 per page)
☐ **Daily** (24 hour, $6.70 per page)
(for estimation purposes, 1 hour = 45 pages)

Transcriber: Esquire

If purchasing an audio transcript of the hearing or trial identified above on a compact disc (CD), I understand that I will owe to the Clerk a fee of $34.00 per CD payable at the time the CD is made available to me. I understand that the Court's Electronic Court Reporting software is manufactured by FTR Gold and that I may obtain a free player from that firm at its website www.fortherecord.com. If requesting a written transcript, I understand that I must send this Request form to the transcription firm I have indicated, and it is my responsibility to contact that firm and request that it prepare the written transcript. I further understand that it is my responsibility to make arrangements with the transcriber for payment of service. The transcriber will contact the Clerk and retrieve the audio files directly.

| | |
|---|---|
| Name: | Adam E. Ekbom |
| | **Non-attorneys:** Please also include the name of attorney on whose behalf transcript is requested. |
| Firm: | Jones & Walden, LLC |
| Address: | 699 Piedmont Avenue NE, Atlanta, GA 30308 |
| Telephone: | (404) 564-9300 |
| E-Mail: | aekbom@joneswalden.com |
| Date: | 10/9/2024 |

Signature

Transcript Request Form updated 12-01-2023

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| In re: | Chapter 15 |
|---|---|
| Kiener Maschinenbau GmbH | Case No. 24-56470-JWC |
| **Debtor in a Foreign Proceeding.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, I electronically filed the foregoing *Appellant's Designation of Record on Appeal and Statement of Issues to be Presented* ("Designation") with the Clerk of the Court using the Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Designation to those parties registered to receive electronic notices in this case:

- **Louis G. McBryan**    lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Jason L Pettie**    jpettie@taylorenglish.com

I also certify I caused true and correct copies of the foregoing Designation to be served on the following parties via the method indicated and on the attached mailing matrix via U.S. Mail, adequate postage prepaid:

*Via U.S. Mail and Via Email:*
Phyllis Ann Bass, individually and as
Executor of the Estate of Roy Glenn Bass
c/o Slappey & Sadd, LLC
352 Sandy Springs Circle
Atlanta, GA 30328
jay@lawyersatlanta.com
michael@lawyersatlanta.com

This 15th day of October, 2024.

**JONES & WALDEN LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Ave NE
Atlanta, GA 30308
Telephone: (404) 564-9300
cmccord@joneswalden.com
*Counsel for Debtor and
Foreign Representative*

```
Label Matrix for local noticing          Kiener Maschinenbau GmbH
113E-1                                   Ulm Comm. Register No. HRB 510071
Case 24-56470-jwc                        Anton-Grimmer Str. 2
Northern District of Georgia             Lauchheim 73466
Atlanta                                   Germany
Tue Oct 15 16:52:57 EDT 2024

                                                                          United States Trustee
                                                                          362 Richard Russell Federal Building
                                                                          75 Ted Turner Drive, SW
                                                                          Atlanta, GA 30303-3315
```